FILED
CLERK, U.S. DISTRICT COURT

SEP - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA

10

11    ACT PROPERTIES LLC,                    )  Case No. CV 13-6138 UA (DUTYx)
                                             )
12              Plaintiff,                   )
                                             )
13        v.                                 )  **ORDER SUMMARILY
                                             )  REMANDING IMPROPERLY-
14    AUDREY PARK, ET AL.,                   )  REMOVED ACTION**
                                             )
15              Defendants.                  )
                                             )
16                                           )
                                             )
17    _____           )

18

19          The Court will remand this unlawful detainer action to state court summarily

20    because Defendant removed it improperly.

21          On August 21, 2013, Defendant Maria Marusic, having been sued in what

22    appears to be a routine unlawful detainer action in California state court, lodged a

23    Notice Of Removal of that action in this Court and also presented an application to

24    proceed *in forma pauperis*.  The Court has denied the latter application under

25    separate cover because the action was not properly removed.  To prevent the action

26    from remaining in jurisdictional limbo, the Court issues this Order to remand the

27    action to state court.

28          Simply stated, Plaintiff could not have brought this action in federal court in

1   the first place, in that Defendant does not competently allege facts supplying either

2   diversity or federal-question jurisdiction, and therefore removal is improper.  28

3   U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,

4   563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005).  Even if complete diversity of

5   citizenship exists, the amount in controversy does not exceed the diversity-

6   jurisdiction threshold of $75,000.  *See* 28 U.S.C. §§ 1332, 1441(b).  On the

7   contrary, the unlawful-detainer complaint recites that the amount in controversy

8   does not exceed $10,000.  Moreover, because Defendant resides in the forum state,

9   Defendant cannot properly remove the action, to the extent diversity jurisdiction is

10  asserted.  28 U.S.C. § 1441(b).

11         Nor does Plaintiff's unlawful detainer action raise any federal legal question.

12  *See* 28 U.S.C. §§ 1331, 1441(b).  Defendant again asserts in her removal papers that

13  Plaintiff filed a federal question action under the federal Protecting Tenants at

14  Foreclosure Act ("PTFA").  *See* Pub. L. No. 111-22, § 702, 123 Stat. 1632, 1660-61

15  (2009) (amended by Pub. L. No. 111-203, § 1484, 124 Stat. 1376, 2204 (2010)).

16  The PTFA, however, does not provide for any private right of action.  *Pacific Realty*

17  *Inv. Group, Inc. v. Sprangler*, 2011 WL 6020572, at *2 (N.D. Cal. Nov. 16, 2011)

18  (denying application to proceed *in forma pauperis* and recommending that case be

19  remanded to state court); *BDA Inv. Properties LLC v. Sosa*, 2011 WL 1810634, at

20  *2-3 (C.D. Cal. May 12, 2011) ("[T]he Court also notes that the PTFA . . . cannot

21  even raise a 'substantial federal question' because [it does] not create a private right

22  of action.").

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

1     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

2  Superior Court of California, East County, Ventura Courthouse, 3855-F Alamo

3  Street, Simi Valley, CA 93063, for lack of subject matter jurisdiction pursuant to 28

4  U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state

5  court; and (3) that the Clerk serve copies of this Order on the parties.

6

7     IT IS SO ORDERED.

8

9  Dated:  8/28/13

10                             GEORGE H. KING
                        CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28